AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SELYA, BRUCE M. | 2. Court or Organization<br><br>UNITED STATES COURT OF APPEALS | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>316 FEDERAL COURTHOUSE<br>ONE EXCHANGE TERRACE<br>PROVIDENCE, RI 02903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REALTY GROUP (REAL ESTATE GENERAL PARTNERSHIP) |
| 2. GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | SELYA PROPERTIES (REAL ESTATE GENERAL PARTNERSHIP) |
| 3. JUDICIAL COUNCIL CHAIRMAN | RI STATE - FEDERAL JUDICIAL COUNCIL |
| 4. TRUSTEE EMERITUS | RHODE ISLAND HOSPITAL (A NON-PROFIT CORPORATION) |
| 5. TRUSTEE EMERITUS | BRYANT UNIVERSITY |
| 6. DIRECTOR | LIFESPAN CORPORATION (NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS) |
| 7. ADJUNCT PROFESSOR | BOSTON COLLEGE LAW SCHOOL |
| 8. ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 9. DIRECTOR | HOSPITAL ASSOCIATIONS OF RHODE ISLAND (A NON-PROFIT CORPORATION) |
| 10. LIMITED PARTNER | POCASSET VILLAGE ASSOCIATES (REAL ESTATE LIMITED PARTNERSHIP) |
| 11. DIRECTOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 12. ADJUNCT PROFESSOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 13. EXECUTOR | ESTATE # 1 |
| 14. EXECUTOR | ESTATE # 2 |

# Selya, Bruce M.

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

15.  MEMBER | YDNIC, LLC (REAL ESTATE INVESTMENT SINGLE MEMBER LLC)

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓]    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW - ADJUNCT PROFESSOR | $25,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 2. FRIENDSHIP REALTY 40%, LINCOLN, RI APARTMENT BUILDING | E | Rent | N | W | | | | | |
| 3. MA INVESTOR TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 4. MAXCO, INC. COMMON STOCK | | None | J | T | | | | | |
| 5. MET LIFE COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. ORBIS INC 1.9% COMMON STOCK | | None | J | W | | | | | |
| 7. PHOENIX COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. POCASSET VILLAGE ASSOC 2.5%, CRANSTON, RI APARTMENT BUILDING | G | Rent | M | W | | | | | |
| 9. SELYA PROPERTIES 50%, PROVIDENCE, RI RESIDENTIAL CONDO | B | Rent | M | W | | | | | |
| 10. SILVER RESOURCES, INC COMMON STOCK | | None | J | W | | | | | |
| 11. WASHINGTON TRUST BANCORP | A | Dividend | J | T | | | | | |
| 12. YDNIC, LLC REAL ESTATE, PORTSMOUTH, NH | G | Rent | P1 | W | | | | | |
| 13. AGAWAM HUNT NOTE RECEIVABLE | A | Interest | J | T | Buy | 01/01/10 | J | | |
| 14. BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 15. BANK OF AMERICA CHECK\SAV ACCT PROV RI | B | Interest | N | T | | | | | |
| 16. BANK OF RHODE ISLAND CHECK\SAV PROV RI | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. CAMBRIDGE SAVINGS BANK SAVINGS ACCT CAMBRIDGE MA | A | Interest | L | T | | | | | |
| 18. RBS CITIZENS SAVINGS ACCT PROV RI | B | Interest | K | T | | | | | |
| 19. RBS CITIZENS IRA - SAVINGS CD | B | Interest | K | T | | | | | |
| 20. FIDELITY SERVICE COMPANY DAILY INCOME TRUST MONEY MKT | A | Dividend | K | T | | | | | |
| 21. BROKERAGE ACCOUNT # 3 | | | | | | | | | |
| 22. PHOENIX MUTUTAL LIFE INS CO CSV | | None | J | T | | | | | |
| 23. BROKERAGE ACCOUNT # 4 | | | | | | | | | |
| 24. BRISTOL COUNTY RI WATER MUNI BOND | B | Interest | K | T | | | | | |
| 25. MERRILL LYNCH CASH MNGMT ACCT. | B | Dividend | N | T | | | | | |
| 26. PAWTUCKET RI BOND MUNI BOND | C | Interest | M | T | Buy (add'l) | 06/04/10 | K | | |
| 27. PROVIDENCE RI PUBLIC BUILDINGS BOND MUNI BOND | A | Interest | K | T | | | | | |
| 28. PUERTO RICO COMM PUB IMPROV BONDS MUNI BOND | B | Interest | K | T | | | | | |
| 29. PUERTO RICO ELECTRIC POWER BONDS MUNI BOND | B | Interest | K | T | Buy (add'l) | 08/23/10 | K | | |
| 30. | | | | | Sold (part) | 07/01/10 | K | A | |
| 31. RHODE ISLAND DEPOSITORS BONDS MUNI BOND | C | Interest | L | T | | | | | |
| 32. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | D | Interest | N | T | Sold (part) | 08/16/10 | J | A | |
| 33. | | | | | Buy (add'l) | 05/06/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. RI HOUSING & MORTGAGE FINANCE CORP BONDS MUNI BOND | D | Interest | M | T | | | | | |
| 35. RI PROV PLANTATIONS BOND MUNI BOND | D | Interest | N | T | | | | | |
| 36. RHODE ISLAND CLEAN WATER BOND MUNI BOND | C | Interest | M | T | | | | | |
| 37. WARWICK RI BOND MUNI BOND | A | Interest | K | T | | | | | |
| 38. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. BARRICK GOLD CORPORATION STOCK | A | Dividend | L | T | | | | | |
| 40. DELL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. GLAXO SMITHKLINE PLC COMMON STOCK | A | Dividend | K | T | | | | | |
| 42. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 43. NEWMONT MINING CORP. STOCK | A | Dividend | L | T | | | | | |
| 44. NTN BUZZTIME INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. VERIGY LTD COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 47. BROKERAGE ACCOUNT # 5 | | | | | | | | | |
| 48. BANK OF AMERICA - INTEREST CHECKING | A | Interest | K | T | | | | | |
| 49. ANADARKO PETRO CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 50. B OF A TAX EXEMPT RESERVES CASH FUND | A | Dividend | L | T | | | | | NAME CHANGE |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | FRONTIER COMMUNICATIONS F/K/A IDEARC, INC COMMON STOCK | A | Dividend | J | T | | | | | NAME CHANGE/ SPINOFF |
| 52. | IDEARC, INC. COMMON STOCK | A | Dividend | | | Sold | 01/01/10 | J | A | |
| 53. | MA INVESTORS TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 54. | MAXCO, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 55. | ONEOK, INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 56. | PERKINELMER INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 57. | PINNACLE WEST COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. | QWEST COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 59. | SOUTH AMERICAN MINERALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. | TEXTRON, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 61. | UNION PAC CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 62. | VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. | WASHINGTON TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 64. | FAIRPOINT COMMUNICATIONS INC. | A | Dividend | J | T | | | | | |
| 65. | BROKERAGE ACCOUNT # 6 | | | | | | | | | |
| 66. | 3M CORP. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 05/03/10 | K | | |
| 67. | ABBOTT LABS COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 03/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ACE, LTD COMMON STOCK | A | Dividend | K | T | Buy | 04/20/10 | K | | |
| 69. AFLACK, INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 05/27/10 | K | | |
| 70. AIR PRODUCTS & CHEMICALS, INC. COMMON STOCK | B | Dividend | L | T | Buy | 01/26/10 | L | | |
| 71. ALLSTATE CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 72. AMERIPRISE FINANCIAL, INC. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 03/30/10 | J | | |
| 73. AMGEN INC. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 01/05/10 | K | | |
| 74. ANALOG DEVICES, INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 75. AOL, INC. COMMON STOCK | A | Dividend | | | Sold | 02/26/10 | J | A | |
| 76. APACHE CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 77. ARIZONA BRD REGENTS 5% MUNICIPAL BOND | D | Interest | M | T | | | | | |
| 78. AT&T INC COMMON STOCK | C | Dividend | L | T | | | | | |
| 79. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 80. BLACKROCK, INC. COMMON STOCK | A | Dividend | | | Buy | 05/27/10 | K | | |
| 81. | | | | | Sold | 11/10/10 | K | A | |
| 82. BNY MELLON MONEY MARKET CASH FUND | A | Interest | | | Sold | 03/18/10 | P1 | A | |
| 83. BNY MELLON NTL INTER MUNI BONDS | D | Interest | M | T | | | | | |
| 84. BOONE-FLORENCE WTR SUPPLY MUNI BOND | C | Interest | L | T | Buy | 04/27/10 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. BRISTOL RI DTD 2/15/10 4.5% MUNI BOND | B | Interest | L | T | Buy | 02/10/10 | L | | . |
| 86. CANON, INC. COMMON STOCK | A | Dividend | | | Sold | 05/03/10 | K | C | |
| 87. CARDINAL HEALTH, INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 04/29/10 | K | | |
| 88. CENTERPOINT ENERGY, INC. COMMON STOCK | B | Dividend | K | T | Buy | 12/02/10 | K | | |
| 89. CHEVRON CORPORATION COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 03/05/10 | J | | |
| 90. CHUBB CORP. COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 03/29/10 | J | | |
| 91. CISCO SYS INC. COMMON STOCK | A | Dividend | L | T | | | | | |
| 92. CONOCOPHILLIPS COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 02/22/10 | K | | |
| 93. CRA BNY MELLON, N.A. CASH | A | Interest | O | T | Buy | 01/01/10 | P1 | | |
| 94. | | | | | Sold (part) | 12/17/10 | P1 | A | |
| 95. DENSO CORP COMMON STOCK | A | Dividend | K | T | Buy | 09/15/10 | K | | |
| 96. DISTRICT COLUMBIA DTD 5/21/08 MUNICPAL BOND | A | Interest | | | Matured | 03/25/10 | M | A | |
| 97. DONNELLEY R R & SONS CO. COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 09/17/10 | K | | |
| 98. DUPONT AND COMPANY COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 11/10/10 | K | | |
| 99. EATON CORP. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 02/17/10 | K | | |
| 100. EMERSON ELECTRIC CO. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 04/29/10 | K | | |
| 101. EXELON CORP COMMON STOCK | B | Dividend | | | Buy (add'l) | 04/14/10 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. | | | | | Sold | 12/02/10 | K | A | |
| 103. EXXON MOBIL CORP. COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 03/12/10 | K | | |
| 104. GENERAL ELECTRIC CO. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 05/03/10 | J | | |
| 105. GENERAL MILLS, INC. COMMON STOCK | B | Dividend | K | T | Buy | 12/06/10 | K | | |
| 106. GENUINE PARTS CO. COMMON STOCK | B | Dividend | K | T | Buy | 04/15/10 | K | | |
| 107. GOLDMAN SACHS GROUP, INC. COMMON STOCK | A | Dividend | L | T | Buy (add'l) | 03/25/10 | K | | |
| 108. HARRIS CORPORATION COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 04/05/10 | K | | |
| 109. HEALTH CARE REIT, INC. COMMON STOCK | B | Dividend | | | Sold | 03/26/10 | K | B | |
| 110. HOME DEPOT, INC. COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 02/17/10 | K | | |
| 111. HONEYWELL INTL INC COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 02/22/10 | J | | |
| 112. HOSPIRIA INC. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 05/04/10 | K | | |
| 113. HUDSON CITY BANCORP, INC. COMMON STOCK | A | Dividend | | | Buy (add'l) | 02/22/10 | J | | |
| 114. | | | | | Sold | 04/20/10 | K | A | |
| 115. INDIANAPOLIS IND PUB IMPT DTD 2/17/10 5% MUNI BOND | B | Interest | L | T | Buy | 02/03/10 | L | | |
| 116. INTEL CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 117. INTERNATIONAL BUSINESS MACHINES CORPORATION COMMON STOCK | A | Dividend | K | T | Buy | 05/04/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,001 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118.  INVESCO LIMITED COMMON STOCK | B | Dividend | L | T | Buy | 05/27/10 | K | | |
| 119.  JOHNSON & JOHNSON COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 03/19/10 | J | | |
| 120.  KELLOGG CO. COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 01/04/10 | K | | |
| 121.  KILLEEN TEX DTD 10/1/2004 4% MUNI BOND | B | Interest | L | T | Buy | 02/17/10 | L | | |
| 122.  KRAFT FOODS, INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 05/13/10 | K | | |
| 123.  LEGGETT & PLATT, INC. COMMON STOCK | B | Dividend | | | Sold | 03/02/10 | K | A | |
| 124.  LIMITED BRANDS, INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 02/18/10 | K | | |
| 125.  LORILLARD, INC. COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 05/12/10 | K | | |
| 126.  LUZERNE CNTY PA DTD 12/14/06 MUNICIPAL BOND | A | Interest | M | T | | | | | |
| 127.  MARSH & MCLENNAN COS, INC. COMMON STOCK | A | Dividend | | | Buy (add'l) | 03/25/10 | J | | |
| 128. | | | | | Sold | 04/21/10 | K | A | |
| 129.  MCDONALD'S CORPORATION COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 03/23/10 | J | | |
| 130.  MCGRAW HILL COMPANIES, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 131.  MEDTRONIC INC COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 04/26/10 | K | | |
| 132.  MERCK & CO., INC. COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 02/01/10 | J | | |
| 133.  MICROCHIP TECHNOLOGY, INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 134.  MICROSOFT CORPORATION COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 02/19/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 135. NEW HAMPSHIRE HEALTH & ED DTD 3/12/02 MUNICIPAL BOND | D | Interest | M | T | | | | | |
| 136. NEWPORT RI DTD 4/1/2010 5% MUNI BOND | B | Interest | L | T | Buy | 03/17/10 | L | | |
| 137. NINTENDO OF AMERICA LTD. COMMON STOCK | A | Dividend | K | T | | | | | |
| 138. NOMURA HOLDINGS INC. COMMON STOCK | A | Dividend | K | T | Buy | 04/20/10 | K | | |
| 139. NOKIA CORP. COMMON STOCK | A | Dividend | | | Sold | 03/10/10 | J | A | |
| 140. NORFOLK SOUTHERN CORPORATION COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 04/28/10 | J | | |
| 141. NOVARTIS AG COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 03/30/10 | J | | |
| 142. OAO GAZPROM SPONSORED ADR COMMON STOCK | A | Dividend | K | T | Buy | 09/08/10 | K | | |
| 143. OCCIDENTAL PETROLEUM CORP. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 01/28/10 | J | | |
| 144. OLIN CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 145. OMNICOM GROUP INC. COMMON STOCK | A | Dividend | K | T | Buy | 03/04/10 | K | | |
| 146. OPNET TECHNOLOGIES INC. COMMON STOCK | B | Dividend | L | T | Buy | 04/05/10 | K | | |
| 147. ORACLE CORP. COMMON STOCK | A | Dividend | L | T | Buy (add'l) | 01/15/10 | J | | |
| 148. PEPSICO INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 05/13/10 | K | | |
| 149. PETROLEO BRASILEIRO SA PETROBRAS SPONSORED ADR COMMON STOCK | B | Dividend | K | T | Buy | 09/14/10 | K | | |
| 150. PFIZER, INC. COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 02/01/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. PHILIP MORRIS INTERNATIONAL, INC. COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 03/02/10 | K | | |
| 152. PLUM CREEK TIMBER CO., INC. COMMON STOCK | A | Dividend | | | Sold | 03/25/10 | K | C | |
| 153. PRAXIR INC. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 04/14/10 | J | | |
| 154. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | | | Sold | 02/19/10 | J | A | |
| 155. PURDUE UNIV IND REVS DTD 4/9/2009 5% BOND | B | Interest | L | T | Buy | 01/07/10 | L | | |
| 156. QUALCOMM, INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 02/12/10 | L | | |
| 157. RAYTHEON CO. COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 04/12/10 | K | | |
| 158. RI CLEAN WATER MUNICIPAL BOND | D | Interest | M | T | Buy (add'l) | 10/27/10 | M | | |
| 159. RI ST & PROVIDENCE DTD 12/18/2008 5% MUNI BOND | C | Interest | L | T | Buy | 04/29/10 | L | | |
| 160. RI ST & PROV PLANTATIONS MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 161. RI HEALTH & ED BLDG MUNI BOND | D | Interest | M | T | | | | | |
| 162. RI STATE ECONOMIC DEV CORP REV DTD 03/02/2006 5% MUNI BOND | B | Interest | L | T | Buy | 01/28/10 | L | | |
| 163. SAN ANTONIO TEX DTD 11/15/2002 5.5% MUNI BOND | C | Interest | L | T | Buy | 03/22/10 | L | | |
| 164. SCHLUMBERGER, LTD. COMMON STOCK | A | Dividend | L | T | Buy (add'l) | 01/26/10 | K | | |
| 165. SEMPRA ENERGY COMMON STOCK | B | Dividend | | | Sold | 04/15/10 | K | A | |
| 166. SHELBY CNTY TENN DTD 11/30/06 MUNICIPAL BOND | A | Interest | L | T | Sold (part) | 12/01/10 | K | A | |
| 167. SIMON PROPERTY GROUP, INC. REIT COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 04/20/10 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. SOUTH CAROLINA ST PUB DTD 11/5/09 MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 169. SPECTRA ENERGY CORPORATION COMMON STOCK | B | Interest | L | T | Buy | 03/19/10 | L | | |
| 170. TAIWAN SEMICONDUCTOR MFG CO., LTD. COMMON STOCK | A | Dividend | | | Buy (add'l) | 03/10/10 | J | | |
| 171. | | | | | Sold | 03/22/10 | K | A | |
| 172. TEXAS INSTRUMENTS INC. COMMON STOCK | A | Dividend | L | T | Buy | 04/12/10 | K | | |
| 173. THE PROCTER & GAMBLE CO. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 05/10/10 | J | | |
| 174. THE TRAVELERS COMPANIES, INC. COMMON STOCK | A | Dividend | | | Sold | 04/01/10 | K | B | |
| 175. THE WALT DISNEY CO. COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 01/05/10 | K | | |
| 176. TIME WARNER, INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 01/25/10 | K | | |
| 177. TOTAL S.A. ADR COMMON STOCK | B | Dividend | | | Buy (add'l) | 02/11/10 | J | | |
| 178. | | | | | Sold | 03/05/10 | K | A | |
| 179. UNITED TECHNOLOGIES CORP COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 04/29/10 | K | | |
| 180. VALE SA COMMON STOCK FORMERLY COMPANHIA VALE DEL RIO DOCE | A | Dividend | K | T | Buy (add'l) | 04/09/10 | K | | |
| 181. VALERO ENERGY CORP. COMMON STOCK | A | Dividend | | | Sold | 01/28/10 | K | A | |
| 182. WALGREEN CO. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 04/26/10 | K | | |
| 183. WASHINGTON ST DTD 7/8/09 5% MUNICIPAL BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. WESTERLY RI DTD 8/1/01 5% MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 185. WHIRLPOOL CORP. COMMON STOCK | A | Dividend | | | Buy (add'l) | 02/09/10 | J | | |
| 186. | | | | | Sold | 12/06/10 | K | C | |
| 187. WILLIAMS COS, INC. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 05/26/10 | J | | |
| 188. WINDSTREAM CORP. COMMON STOCK | C | Dividend | K | T | | | | | |
| 189. XL GROUP PLC COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 09/10/10 | K | | NAME CHANGE |
| 190. XEROX CORP. COMMON STOCK | A | Dividend | | | Sold | 03/17/10 | K | D | |
| 191. XILINX, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 192. YUM! BRANDS, INC. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 03/02/10 | J | | |
| 193. ZURICH FINL SVCS ADR COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 01/07/10 | K | | |
| 194. BROKERAGE ACCOUNT # 7 | | | | | | | | | |
| 195. B OF A MUNI RESERVES DLY CASH | A | Interest | N | T | | | | | NAME CHANGE |
| 196. BIF TAX EXEMPT FUND CASH | A | Interest | J | T | Buy | 01/01/10 | J | | |
| 197. RHODE ISLAND HSG & MTG FIN CORP. MUNI BONDS | B | Interest | L | T | | | | | |
| 198. SMITHFIELD RI GO BDS SER. 2003 MUNI BONDS | B | Interest | L | T | | | | | |
| 199. BROKERAGE ACCOUNT # 8 | | | | | | | | | |
| 200. ESTATE # 1 - CMA MONEY FUND | A | Dividend | | . | Closed | 12/31/10 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:              J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,000 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                                                      P4 =More than $50,000,000
3. Value Method Codes:       Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value             V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 201. ESTATE # 2 - CMA MONEY FUND | A | Dividend | K | T | | | | | |
| 202. WESTERLY RI AMBAC B/E CPN 5% MUNI BOND | B | Interest | L | T | Buy | 06/08/10 | L | | |
| 203. BROKERAGE ACCOUNT # 9 | | | | | | | | | |
| 204. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 205. GOLDCORP, INC. COMMON STOCK | A | Dividend | | | Sold | 08/10/10 | K | D | |
| 206. ML BANK DEPOSIT PROGRAM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BRUCE M. SELYA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544